◼◼◼ JILL BARTKOWSKI, Respondent, v EUGENE BARTKOWSKI, Appellant. [710 NYS2d 825] —Amended order unanimously affirmed without costs. Memorandum: Plaintiff commenced this action seeking a divorce on the ground of cruel and inhuman treatment. Defendant appeals from an amended order denying his motion for summary judgment dismissing the complaint and granting plaintiff's request for a hearing on the issue of custody. Supreme Court properly denied defendant's motion. It cannot be said as a matter of law that defendant's alleged misconduct is merely trivial or that plaintiff's allegations establish "mere incompatibility" or "transient discord" between the parties (*Hessen v Hessen,* 33 NY2d 406, 410-411; *see, Brady v Brady,* 64 NY2d 339, 343-344). Based on the record before us,

we conclude that it would be premature to grant summary judgment to defendant dismissing the complaint and that "plaintiff is entitled to a trial on her action for a divorce on the ground of cruel and inhuman treatment" (*Brooks v Brooks,* 191 AD2d 1042, 1043).

We have considered defendant's remaining contention and conclude that it is without merit. (Appeal from Amended Order of Supreme Court, Erie County, Makowski, J.—Matrimonial.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Scudder and Kehoe, JJ.